# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **NICHOLAS LEE BANKS,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) ) Case No. 4:23-cv-00406-AMM-JHE |
| **KAREN WILLIAMS, et al.,** | ) ) |
| **Respondents.** | ) ) |

## MEMORANDUM OPINION

Plaintiff Nicholas Lee Banks filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. On December 1, 2023, the magistrate judge entered a report recommending the court grant the respondents' motion for summary disposition and dismiss the claims in the petition without prejudice for failure to exhaust state remedies. Doc. 12. No objections have been filed.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the respondents' motion

---

[1] On February 2, 2024, Mr. Banks notified the court of his current mailing address. Doc. 18. On February 5, 2024, the court directed the Clerk to resend the report and recommendation to Mr. Banks at his current address and ordered Mr. Banks to file any objections within fourteen days. Doc. 19 at 1–2. More than fourteen days have elapsed, and the court has not received any objections.

for summary disposition is due to be granted and the claims in the petition are due to be dismissed without prejudice.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (cleaned up). The court finds Mr. Banks's claims do not satisfy either standard.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 6th day of March, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE